# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


 DR. ERIC SILVERMAN_____
                    Plaintiff
                                        CIVIL ACTION

        V.
                                        NO.  16-11879-GAO_____
 WHEELOCK COLLEGE, ET AL_____
                    Defendant

## SETTLEMENT ORDER OF DISMISSAL


 O'TOOLE,   USDJ_____


        The Court having been advised on ___7/28/17_____  that the above-

entitled action has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

thirty(30) days if settlement is not consummated.


                                        By the Court,


 7/28/17_____                    ____/s/ Paul Lyness_____
        Date                               Deputy Clerk