UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC K. SILVERMAN,<br>    Plaintiff,<br><br>v.<br><br>WHEELOCK COLLEGE, a corporation, JACKIE JENKINS-SCOTT, in her official and individual capacities, KATHERINE S. TAYLOR, in her official and individual capacities, and KINGSTON BAY GROUP, a limited liability corporation,<br>    Defendants. | C.A. No. 1:16-cv-11879-GAO |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice and without costs, with each side to bear its own attorneys' fees and costs, and with all rights of appeal to be waived.

| | |
|---|---|
| **ERIC K. SILVERMAN,**<br><br>By his attorney,<br><br><br>/s/ Anita Vadgama<br>Anita Vadgama (BBO No. 669319)<br>   *avadgama@mcolaw.com*<br>MCALLISTER OLIVARIUS<br>7 Wells Street<br>Saratoga Springs, New York 12866<br>(518) 633-4775 | **WHEELOCK COLLEGE, JACKIE JENKINS-SCOTT and KATHERINE S. TAYLOR,**<br><br>By their attorneys,<br><br>/s/ Scott A. Roberts<br>Scott A. Roberts (BBO No. 550732)<br>   *sroberts@hrwlawyers.com*<br>Arielle B. Kristan (BBO No. 677048)<br>   *akristan@hrwlawyers.com*<br>HIRSCH ROBERTS WEINSTEIN LLP<br>24 Federal Street, 12th Floor<br>Boston, Massachusetts 02110<br>(617) 348-4300 |

**KINGSTON BAY GROUP, LLC**,

By its attorneys,

/s/ Rebecca J. Wilson
Rebecca J. Wilson, BBO #529980
   *rwilson@peabodyarnold.com*
Meghan C. Cooper, BBO #681418
   *mcooper@peabodyarnold.com*
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Ave
Boston, MA 02210
(617) 951-2100

Dated: August 4, 2017

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 4, 2017.

                                              /s/ Scott A. Roberts
                                              Scott A. Roberts